UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00260 |
| | ) | JUDGE CAMPBELL |
| ABDULLAHI FARAH | ) | |

ORDER

For administrative purposes, the Clerk is directed to open a new criminal case for the criminal contempt charge against Defendant Abdullahi Farah, which shall contain the following filings: Docket Nos. 2322, 2368, 2374, 2379, 2380, 2422, 2426, 2452, 2453, and 2462.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE